B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan, Detroit Division

In re Richard M. Reid  
Debtor

Case No. 10-44285  
Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** CitiMortgage, Inc.  
**Court claim no.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account: 9421

**Date of payment change:**  
Must be at least 21 days after date of this notice: 06/01/13 mm/dd/yyyy

**New total payment:** $ 578.52  
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No  
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $ 299.71  **New escrow payment:** $ 268.42

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No  
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:**   **New interest rate:**  
**Current principal and interest payment:** $   **New principal and interest payment:** $

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No  
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  
*(Court approval may be required before the payment change can take effect.)* Reason for change:

**Current mortgage payment:** $   **New mortgage payment:** $

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

[X] I am the creditor.    [ ] I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

x /s/Michelle Epps     Date 05/10/13
Signature

Print: Michelle     Epps     Title Bankruptcy Specialist
First Name   Middle Name   Last Name

Company CitiMortgage, Inc.

Address PO Box 6030
Number   Street

Sioux Falls, SD 57117-6030
City                                                State   Zip Code

Contact phone (866)613-5636     Email Citi.Poc@citi.com



U.S. Bankruptcy Court
Eastern District of Michigan, Detroit Division

Debtor: **Richard M. Reid**

Case No. 10-44285

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2013, I served a copy of this Notice and all attachments on the following by U.S. Mail, postage prepaid:

Debtor: **Richard M. Reid**,
25775 PATTOW ST
ROSEVILLE, MI 48066-5739

I hereby certify that on May 10, 2013, I served a copy of this Notice and all attachments on the following by Electronic Notification:

Trustee: **Krispen S. Carroll**
719 Griswold
1100 Dime Building
Detroit, MI 48226

Debtors Counsel: **Jesse R. Sweeney**
30555 Southfield
Suite 400
Southfield, MI 48076

/s/Michelle Epps
Bankruptcy Specialist

©2011 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Citi, Arc Design, and Citi and Arc Design are registered service marks of Citigroup Inc.

**CitiMortgage**

P.O. Box 6243
Sioux Falls, SD  57117-6243
Customer Service 1-800-283-7918*
TTY Services available: Dial 711 from the United States;
Dial 1-866-280-2050 from Puerto Rico

Page 1

**Escrow Account Disclosure Statement**

REPRESENTATION OF PRINTED DOCUMENT

### Annual Escrow Analysis

Account Number:
Analysis Date: April 19, 2013

CASE#: 10-44285
RICHARD M REID

0-671-74799-0000014-001-1-000-000-000-000  CK
KRISPEN S CARROLL
719 GRISWOLD ST, 1100 DIME BUILDING
DETROIT MI 48226-

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT ANY SUCH OBLIGATION.  IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.

### Mortgage Payment

| | | | |
|---|---|---|---|
| New Monthly Payment Amount: | $578.52 | New Payment Effective: | June 01, 2013 |

| | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|
| **PRINCIPAL/INTEREST** | 310.10 | 310.10 |
| **MONTHLY ESCROW PAYMENT** | 299.71 | 268.42 |
| **TOTAL PAYMENT** | 609.81 | 578.52 |

- Your new monthly escrow payment represents 1/12th of your projected annual escrow disbursements.
- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

### Projections for the coming Year

Please keep this statement for reference next year.

| MONTH | PAYMENTS TO ESCROW ACCT | PAYMENTS FROM ESCROW ACCT | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| Starting Balance: (Activity Assumed through May, 2013) | | | | $1,973.16 | $1,256.75 |
| JUN 13 | 268.42 | 17.08 | FHA MORTGAGE INSURANCE (MIP) | 2,224.50 | 1,508.09 |
| JUL 13 | 268.42 | 17.08 | FHA MORTGAGE INSURANCE (MIP) | 2,475.84 | 1,759.43 |
| AUG 13 | 268.42 | 17.08 | FHA MORTGAGE INSURANCE (MIP) | 2,727.18 | 2,010.77 |
| AUG 13 | .00 | 1,055.70 | CITY/TOWN TAX | 1,671.48 | 955.07 |
| SEP 13 | 268.42 | 17.08 | FHA MORTGAGE INSURANCE (MIP) | 1,922.82 | 1,206.41 |
| OCT 13 | 268.42 | 17.08 | FHA MORTGAGE INSURANCE (MIP) | 2,174.16 | 1,457.75 |
| NOV 13 | 268.42 | 17.08 | FHA MORTGAGE INSURANCE (MIP) | 2,425.50 | 1,709.09 |
| DEC 13 | 268.42 | 17.08 | FHA MORTGAGE INSURANCE (MIP) | 2,676.84 | 1,960.43 |
| DEC 13 | .00 | 539.43 | CITY/TOWN TAX | 2,137.41 | 1,421.00 |
| JAN 14 | 268.42 | 17.08 | FHA MORTGAGE INSURANCE (MIP) | 2,388.75 | 1,672.34 |
| FEB 14 | 268.42 | 1,421.00 | HAZARD INSURANCE | 1,236.17 | 519.76 |
| FEB 14 | .00 | 17.08 | FHA MORTGAGE INSURANCE (MIP) | 1,219.09 (a) | 502.68 (b) |
| MAR 14 | 268.42 | 17.08 | FHA MORTGAGE INSURANCE (MIP) | 1,470.43 | 754.02 |
| APR 14 | 268.42 | 17.08 | FHA MORTGAGE INSURANCE (MIP) | 1,721.77 | 1,005.36 |
| MAY 14 | 268.42 | 17.08 | FHA MORTGAGE INSURANCE (MIP) | 1,973.11 | 1,256.70 |
| TOTALS: | $3,221.04 | $3,221.09 | | | |

- Mortgage Insurance, if any, is not included in the required low point calculation.

### Determining Your Escrow Shortage/Surplus

| | | |
|---|---|---|
| **PROJECTED LOW-POINT:** | 1,219.09 | (a) |
| **REQUIRED LOW-POINT (Cushion):** | 502.68 | (b) |
| **TOTAL ESCROW SURPLUS:** | 716.41 | |

Under Federal Law, your surplus will be returned to you via a check.
If your Projected Low-Point (a) is:
- Less than your Required Low-Point (b), you have a shortage.
- Greater than your Required Low-Point (b), you have a surplus.
- Equal to your Required Low-Point (b), the above does not apply.

Please be advised your surplus has been forwarded to the bankruptcy trustee. Please contact the trustee or your bankruptcy attorney with any questions regarding the check.

671-2248-0111F

## Check prints on live document

C26846                                      INTERNET REPRINT                                      04/22/2011

**Escrow Account Disclosure Statement**

REPRESENTATION OF PRINTED DOCUMENT

Account Number:
Analysis Date: April 19, 2013
Annual Escrow Analysis

### Account History

Please note the increases/decreases that may have occurred from the projections. This has impacted the shortage/surplus in this analysis reflected on the front side of this statement.

| ITEM | ACTUAL PAYMENTS | PROJECTED PAYMENTS | INCREASE/DECREASE |
|---|---:|---:|---:|
| MORTGAGE INSURANCE | 230.34 | 234.37 | -4.03 |
| HAZARD INSURANCE | 1,421.00 | 1,654.00 | -233.00 |
| COMBINED TAXES | 1,595.13 | 1,727.65 | -132.52 |

This is a statement of actual activity in your escrow account from April 1, 2012 through April 19, 2013. This section provides last year's projections and compares it with actual activity.

Your most recent monthly mortgage payment during the past year was $609.81 of which $310.10 was for principal and interest and $299.71 was credited to your escrow account.

| MONTH | ACTUAL PAYMENTS TO ESCROW ACCOUNT | PROJECTED PAYMENTS TO ESCROW ACCOUNT | ACTUAL PAYMENTS FROM ESCROW ACCOUNT | PROJECTED PAYMENTS FROM ESCROW ACCOUNT | DESCRIPTION | ACTUAL ESCROW RUNNING BALANCE | PROJECTED ESCROW RUNNING BALANCE |
|---|---:|---:|---:|---:|---|---:|---:|
| Starting Balance: | | | | | | $683.66- | $956.39- |
| APR 12 | 464.77 | 311.80 * | 17.91 | 18.68 | FHA MORTGAGE INSURANCE (MIP) | 236.80- | 663.27- |
| MAY 12 | .00 | 311.80 * | 17.91 | 18.68 | FHA MORTGAGE INSURANCE (MIP) | 254.71- | 370.15- |
| JUN 12 | 929.54 | 299.71 * | 17.91 | 17.91 | FHA MORTGAGE INSURANCE (MIP) | 656.92 | 1,886.17 |
| JUL 12 | 1,528.96 | 299.71 * | 17.91 | 17.91 | FHA MORTGAGE INSURANCE (MIP) | 2,167.97 | 2,167.97 |
| AUG 12 | .00 | 299.71 * | 17.91 | 17.91 | FHA MORTGAGE INSURANCE (MIP) | 2,150.06 | 2,449.77 |
| AUG 12 | 299.71 | .00 * | 1,055.70 | 1,130.01 * | CITY/TOWN TAX | 1,394.07 | 1,319.76 |
| SEP 12 | 299.71 | 299.71 | 17.91 | 17.91 | FHA MORTGAGE INSURANCE (MIP) | 1,675.87 | 1,601.56 |
| OCT 12 | 299.71 | 299.71 | 17.91 | 17.91 | FHA MORTGAGE INSURANCE (MIP) | 1,957.67 | 1,883.36 |
| NOV 12 | 299.71 | 299.71 | 17.91 | 17.91 | FHA MORTGAGE INSURANCE (MIP) | 2,239.47 | 2,165.16 |
| DEC 12 | .00 | 299.71 * | 17.91 | 17.91 | FHA MORTGAGE INSURANCE (MIP) | 2,221.56 | 2,446.96 |
| DEC 12 | 299.71 | .00 * | 539.43 | 597.64 * | CITY/TOWN TAX | 1,981.84 | 1,849.32 |
| JAN 13 | 299.71 | 299.71 | 17.91 | 17.91 | FHA MORTGAGE INSURANCE (MIP) | 2,263.64 | 2,131.12 |
| FEB 13 | .00 | 299.71 * | 1,421.00 | 1,654.00 * | HAZARD INSURANCE | 842.64 | 776.83 |
| FEB 13 | 299.71 | .00 * | 17.08 | 17.91 | FHA MORTGAGE INSURANCE (MIP) | 1,125.27 | 758.92 |
| MAR 13 | 299.71 | 299.71 | 17.08 | 17.91 | FHA MORTGAGE INSURANCE (MIP) | 1,407.90 | 1,040.72 |
| APR 13 | 299.71 | 299.71 | 17.08 | 17.91 | FHA MORTGAGE INSURANCE (MIP) | 1,690.53 | 1,322.52 |
| APR 13 | .00 | .00 | 716.41 | .00 * | ESCROW REFUND | 974.12 | 1,322.52 |
| Totals: | $5,620.66 | $3,920.41 | $3,962.88 | $3,616.02 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or amount. Payment differences of $2.00 or less will not be marked with an asterisk.

Under Federal Law, your lowest monthly balance should not have exceeded $563.60 which is 1/6 of anticipated payments unless your mortgage contract or state law specifies a lower amount. Under your mortgage contract or state law, your lowest monthly balance should not have exceeded $563.60.

671-2249-0111B

CitiMortgage may charge interest on funds advanced to pay your escrow items. If you do not repay the escrow advance within 60 days (of the Escrow Analysis Statement date above) interest will be charged on the outstanding advance amount. The rate of interest on the advance will be the Note rate applicable to your first mortgage loan. The monthly interest accrual will appear on your monthly Mortgage Statement.